SICILIAN ASPHALT PAVING COMPANY, Respondent, *v.* EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellant.

Argued March 6, 1945; decided April 12, 1945.

*Walter L. Glenney* for appellant.

*James J. McLoughlin* and *Julius S. Christensen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.